**Opinion issued February 14, 2013.**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-12-01150-CV

_____

### IN RE KATHERINE LOUISE KING, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Katherine Louise King, has filed a motion for emergency stay of the underlying proceedings and a petition for writ of mandamus, challenging the trial court's May 18, 2012 Temporary Order, October 19, 2012 Additional Temporary

Orders, and November 8, 2012 Order of Referral to Discovery Master.[1] Relator also complains about various discovery rulings made by the trial court, specifically allowing discovery from the Roy Allen King Section 142.005 Trust.

We **deny** the petition for writ of mandamus and further lift the stay entered on December 27, 2012. All pending motions are dismissed as moot.

## PER CURIAM

Panel consists of Justices Jennings, Bland, and Massengale.

---

[1] The underlying case is *In the Matter of Marriage of Katherine Louise King and Christopher Michael King and In the Interest of R.A.K., a Child*, No. 2011-23444, in the 311th District Court of Harris County, Texas, the Honorable Deborah Pratt presiding.